

IN THE
TENTH COURT OF APPEALS

No. 10-09-00141-CV

MAX RIOS,

Appellant

v.

LUCIA STRETCHER SIGMAR,

Appellee

From the County Court at Law
Walker County, Texas
Trial Court No. 12,244

## MEMORANDUM OPINION

Appellant Max Rios has filed a motion to dismiss this appeal as moot. Appellee Lucia S. Sigmar has not filed a response. The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeal dismissed
Opinion delivered and filed August 5, 2009
[CV06]